IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| FELLISHA GRIFFIN | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION FILE NUMBER: |
| | : | |
| WINN-DIXIE STORES, INC. d/b/a/ | : | |
| HARVEY'S SUPERMARKET | : | |
| | : | |
| Defendant. | : | |

_____

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
_____

Comes now Defendant Winn-Dixie Stores, Inc., by and through undersigned counsel of record, and files this Notice of Removal to the United States District Court for the Southern District of Georgia, Waycross Division, showing the Court as follows:

1.

This action was commenced on June 3, 2021, as Civil Action File No. SUV2021000317, in the Superior Court of Coffee County, State of Georgia, where it is now pending.

2.

Plaintiff's Complaint and Summons were served on Defendant Winn-Dixie Stores, Inc. on June 15, 2021. This notice of removal is filed within 30 days of

service upon Defendant, in accordance with 28 U.S.C. §§ 1441 and 1446.

3.

The parties to this action are plaintiff Fellisha Griffin, a citizen of Georgia; and Defendant Winn-Dixie Stores, Inc., which is a corporation organized and existing under the laws of Florida, maintaining its principal place of business in Jacksonville, Florida.  A former party, Westside Owner, LLC, was dismissed by the Coffee Superior Court on July 13, 2021.

4.

This action seeks to recover not less than $300,000.00 in damages for injuries that Plaintiff alleges she incurred as a result of an alleged fall at Defendant Winn-Dixie Stores, Inc.'s store.  (Complaint, Prayer for Relief sub-para (b)).

5.

This action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) Plaintiff and Defendants are citizens of different states and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00.

6.

Attached hereto and made a part hereof by reference are copies of the following pleadings filed in the Superior Court of Coffee County, Georgia:

Exhibit A:    Plaintiff's Complaint for Damages;

Exhibit B:    Summons to Defendant Winn-Dixie Stores, Inc.;

Exhibit C:    Summons to Defendant Westside Owner, LLC;

Exhibit D:    Entry of Appearance of Defendant Winn-Dixie Stores, Inc. (Special, Without Waiving Defenses as to Jurisdiction and Venue);

Exhibit E:    Consent Motion to Dismiss Fewer than All Parties;

Exhibit F:    Order Dismissing Westside Owner, LLC;

Exhibit G:    Defendant Winn-Dixie Stores, Inc.'s Answer and Affirmative Defenses to Plaintiff's Complaint for Damages.

WHEREFORE, Defendant Winn-Dixie Stores, Inc. prays that the Superior Court of Coffee County proceed no further with Civil Action File No. SUV2021000317 and that this action be removed to the United States District Court for the Southern District of Georgia, Waycross Division.

Respectfully submitted, this 15th day of July, 2021.

RYAN LAW FIRM, LLC
Attorneys for Defendant Winn-Dixie Stores, Inc.

/s/ G. Robert Ryan, Jr.
**G. ROBERT RYAN, JR.**, State Bar #727030

/s/ P. Andrew Stone
**P. ANDREW STONE**, State Bar #629518

PREPARED BY:
G. ROBERT RYAN, JR, State Bar #727030
Ryan Law Firm, LLC
106 Webster Street
P.O. Box 2680
Valdosta, GA  31604
(229) 232-4310 (ph)
(229) 232-4312 (fax)
rryan@ryan-lawllc.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served all counsel of record in the foregoing matter with a copy of the within and foregoing *Notice of Removal to the United States District Court* by depositing the same in the United States Mail in a properly addressed envelope with adequate postage thereon as follows:

*Attorneys for Plaintiff:*
Khalil Farah, Esq.
Farah & Farah, P.A.
10 West Adams St.
Jacksonville, FL 32202

and via email:  kfarah@farahandfarah.com

This 15th day of July, 2021.

RYAN LAW FIRM, LLC
Attorneys for Defendant

/s/ G. Robert Ryan, Jr.
**G. ROBERT RYAN, JR.,** State Bar #727030