# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| FELLISHA GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>WINN-DIXIE STORES, INC. d/b/a HARVEY'S SUPERMARKET,<br><br>    Defendant. | CV 521-046 |

### ORDER

Before the Court is the parties' joint motion to remand this case to the Superior Court of Camden County. Dkt. No. 4. This matter was removed to federal court based upon diversity jurisdiction on July 15, 2021. Dkt. No. 1. Afterward, the parties agreed to enter into an agreement in which Plaintiff has stipulated to limit her claim for damages to a total of not more than $75,000.00, thereby defeating the amount in controversy requirement for diversity jurisdiction. Accordingly, after consideration of the motion and for good cause shown, the motion to remand is **GRANTED**. This case is **REMANDED** to Coffee County Superior Court. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 29 day of July, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA